

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

SEP 2 7 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

Jeffrey Richard Foley
Katherine Grace Foley

Debtor(s).

Case No. 11-42534-C-7

## ORDER ON DEBTOR(S)' APPLICATION FOR WAIVER OF

[X] THE CHAPTER 7 FILING FEE  [ ] AMENDMENT FEE  [ ] REOPENING FEE

After considering the debtor's *Application for Waiver*, the court orders that the application is:

[ ]  **GRANTED.**

However, the Court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[X]  **DENIED** because:

[X]  The debtor's income appears to exceed 150% of the U.S. Dept. of Health and Human Services' poverty guidelines.

[ ]  The application is incomplete and/or inconsistent with the schedules submitted.

[ ]  While the debtor's income is less than 150% of the U.S. Dept. of Health and Human Services' poverty guideline, according to the application the debtor has sufficient assets to pay the filing fee.

[ ]  The debtor has failed to file the schedules and statements required by 11 U.S.C. § 521(a) within the time required by Fed. R. Bankr. P. 1007(c).

[ ]  Other: _____

_____

_____

_____

[ ]  **The clerk's office shall issue an Order Approving Payment of Filing Fee in Installments.**

 **The Court orders that the debtor pay the chapter 7 filing fee on the following terms:**

1. You must pay the amounts below on or before the following dates

   $75 on or before 10/19/11

   $75 on or before 11/18/11

   $75 on or before 12/19/11

   $74 on or before 01/17/12

2. Until the filing fee is paid in full, the you must not make any additional payment or transfer any additional property to an attorney, bankruptcy petition preparer, or any other person, for services in connection with this case.

3. If you do not pay the filing fee by the time the case is ready to close, the Court will close the case without an entry of discharge. In order to obtain a discharge once your case is closed, you must file a motion to reopen the case, pay the statutory fee to reopen your case (currently $260 for a chapter 7 case) and pay the remaining balance of your original filing fee.

4. Payments shall be made by mail or in person at U.S. Bankruptcy Court, 501 I St., Suite 3-200, Sacramento, CA 95814. Do not send cash through the mail. No personal checks will be accepted. Instead, use money orders or cashier's checks payable to "Clerk, U.S. Bankruptcy Court." To insure proper credit, include the debtor's name, case number, and the words "filing fee installment payment" on your money order or cashier's check.

[ ] **SCHEDULED FOR HEARING.**

The clerk's office will schedule a hearing on the application to take place after the scheduled meeting of creditors and will transmit a Notice of Hearing to you, your attorney, the chapter 7 trustee, and the United States Trustee.

Dated:

_____
United States Bankruptcy Court

EDC 6-B3B (Rev. 8/11)